**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-20135
Summary Calendar

RICHARD A. MOSBY,

Plaintiff-Appellant,

versus

BAYLOR COLLEGE OF MEDICINE,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-1959)

October 5, 1998

Before POLITZ, Chief Judge, JOLLY and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Richard A. Mosby appeals the district court's grant of summary judgment for Baylor College of Medicine on his claims of employment discrimination based on race, gender, age, and retaliation for a complaint filed with the Equal Employment Opportunity Commission. Having considered the briefs and pertinent parts of the record, and finding no reversible error, we conclude and hold that on the basis of the facts as detailed, authorities cited, and analysis presented by the district court

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in its Memorandum and Opinion signed and dated January 12, 1998, the judgment appealed should be and is AFFIRMED.